**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DANNY LEE GREEN**                                                                                           **PETITIONER**
Reg # 10822-064

VS.                           NO. 2:08-CV-00150-BSM-BD

**T.C. OUTLAW, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                         **RESPONDENT**

**ORDER**

The court has received the recommended disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the recommended disposition, as well as a *de novo* review of the record, the court concludes that the recommended disposition should be, and hereby is, approved and adopted as this court's findings in all respects in its entirety.

Accordingly, respondent's motion to dismiss (Doc. No. 9) is GRANTED, and petitioner's petition for writ of habeas corpus (Doc. No. 1) and amended petition for writ of habeas corpus (Doc. No. 5) are DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE