**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**DANNY LEE GREEN**                                                                                      **PETITIONER**
**Reg # 10822-064**

**VS.**                          **NO. 2:08-CV-00150-BSM-BD**

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                                               **RESPONDENT**

## JUDGMENT

In accordance with the court's order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED, this 3rd day of November, 2008.

_____
UNITED STATES DISTRICT JUDGE